# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**RUDY CALLAHAN,**

      **Plaintiff,**

**v.**     Case No:   6:17-cv-2081-Orl-37DCI

**ADT, LLC,**

      **Defendant.**

## ORDER OF DISMISSAL

This cause is before the Court upon the parties Notice of Pending Settlement (Doc. 20), which advises that the parties "reached a settlement" and are finalizing the documentation. Accordingly, it is **ORDERED AND ADJUDGED:**

(1) Subject to the right of either party to move the Court within sixty (60) days of the date of this Order to enter a stipulated form of final judgment, or, on good cause shown, to reopen for further proceedings, this action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk is **DIRECTED TO TERMINATE** all pending deadlines and **CLOSE** this file.

**DONE AND ORDERED** at Orlando, Florida this 14th day of February, 2018.



ROY B. DALTON JR.
United States District Judge

Copies:		Counsel of Record